IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIRSTON JERMAINE DOWDELL, AIS 318159, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:20-CV-475-RAH-CSC |
| WARDEN KAREN WILLIAMS, et al., | ) ) ) |
| Respondents. | ) |

# **O R D E R**

On May 22, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 24.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED and this petition is DISMISSED with prejudice as moot.

Final judgment will be entered separately.

DONE, on this the 12th day of June 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE